**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: PRIVATE CRIMINAL COMPLAINT FILED BY ANIMAL OUTLOOK | : No. 120 MAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: COMMONWEALTH OF PENNSYLVANIA | : from the **Published Opinion and** |
| | : **Order** of the Superior Court at No. |
| | : 374 MDA 2021, at 271 A.3d 516 |
| | : (Pa. Super. 2022) entered on |
| | : February 28, 2022, **affirming,** |
| | : **reversing and remanding** the |
| | : Order of the Franklin/Fulton County |
| | : Court of Common Pleas at No. CP- |
| | : 28-MD-0000389-2020 entered on |
| | : February 22, 2021 |

## <u>ORDER</u>

**PER CURIAM**                                         **DECIDED: May 16, 2023**

    **AND NOW**, this 16th day of May, 2023, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and the matter is **REMANDED** for the trial court to apply *In re Ajaj*, __ A.3d __, 2023 WL 308130 (Pa. 2023).